# *DENISE PIECHOWICZ vs.*

## *LANCASTER CENTRAL SCHOOL DISTRICT & TOWN OF LANCASTER*

# *DENISE PIECHOWICZ*
## *October 13, 2016*



**METSCHL**
AND ASSOCIATES
COURT REPORTERS • LEGAL VIDEO SERVICES

Buffalo, NY: 716 856-1906
Rochester, NY: 585 697-0969
Toll Free: 800 397-1796

*Min-U-Script® with Word Index*

1

```
1      STATE OF NEW YORK
       SUPREME COURT:    COUNTY OF ERIE
2
       ─────────────────────────────────────────
3      DENISE PIECHOWICZ, Individually and as Administratrix
       of the Estate of ███████ ████████ Deceased,
4
           Claimant,
5
6          vs
7
8      LANCASTER CENTRAL SCHOOL DISTRICT and
       TOWN OF LANCASTER,
9
           Defendants.
10
       ─────────────────────────────────────────
11     Examination of DENISE PIECHOWICZ, held pursuant to

12     Section 50-h of the General Municipal Law and Rules, in

13     the law offices of Brown Chiari, LLP, 2470 Walden Ave.,

14     Buffalo, New York, on Thursday, October 13, 2016, at

15     10:05 a.m. before Coleen Wright, Notary Public.

16

17

18

19

20

21

22

23
```

2

```
 1      APPEARANCES:
        BROWN, CHIARI, LLP,
 2      By: COLLEEN P. FAHEY, ESQ.,
        2470 Walden Avenue,
 3      Buffalo, New York 14225,
        Appearing for the Plaintiff.
 4
        SUGARMAN LAW FIRM, LLP,
 5      By: DANIEL T. CAVARELLO, ESQ.,
        1600 Rand Building,
 6      14 Lafayette Square,
        Buffalo, New York 14203,
 7      Appearing for the Defendant Lancaster Central
        School District.
 8
        GOLDBERG, SEGALLA, LLP,
 9      By: JULIE P. APTER, ESQ.,
        665 Main Street,
10      Suite 400,
        Buffalo, New York 14203,
11      Appearing for the Defendant Town of Lancaster.

12

13

14

15

16

17

18

19

20

21

22

23
```

3

```
1                    I N D E X

2

3    WITNESS                              PAGE

4    DENISE PIECHOWICZ

5         Examination by Mr. Cavarello. . . . . . . .    4

6         Examination by Ms. Apter. . . . . . . . . .   62

7

8

9

10

11                 E X H I B I T S

12               (None marked.)

13

14

15

16

17

18

19

20

21

22

23
```

**METSCHL & ASSOCIATES**
Buffalo: 716-856-1906    Rochester: 585-697-0969

4

```
 1            MS. FAHEY:  We'll reserve the right to read

 2        and sign.

 3

 4            (Whereupon, the following stipulations

 5        were entered into by the respective parties:

 6            It is hereby stipulated by and between

 7        counsel for the respective parties that the oath

 8        of the referee is waived, filing and

 9        certification of the transcript are waived, and

10        all objections, except as to the form of the

11        question, are reserved until the time of trial.)

12

13        DENISE PIECHOWICZ, 16 Liberty Avenue, Lancaster, New

14        York 14086, after being duly called and sworn,

15        testified as follows:

16

17   EXAMINATION BY MR. CAVARELLO:

18

19   Q.   Good morning, ma'am.

20   A.   Good morning.

21   Q.   Again, my name is Dan Cavarello and I am here on

22        behalf the Lancaster School District.  I'm going to

23        ask you some questions about the notice of claim
```

5

|     |      |                                                          |
|-----|------|----------------------------------------------------------|
| 1   |      | received back in August with respect to the            |
| 2   |      | situation involving your son ▬▬▬  I guess before       |
| 3   |      | I begin I just want to express to you that I'm very     |
| 4   |      | sorry for your loss.                                     |
| 5   | A.   | Thank you.                                               |
| 6   | Q.   | None of my questions here today are meant to            |
| 7   |      | embarrass you or cause you any additional heartache,    |
| 8   |      | but I do have to ask some questions about the           |
| 9   |      | allegations made here, okay?  Do you understand         |
| 10  |      | that?                                                    |
| 11  | A.   | Yes.                                                     |
| 12  | Q.   | Just a couple rules before we begin here.  If I ask     |
| 13  |      | you a question that you don't understand just please    |
| 14  |      | tell me that and I'll be happy to try to rephrase       |
| 15  |      | it.                                                      |
| 16  | A.   | Sure.                                                    |
| 17  | Q.   | It's very important that only one of us is speaking     |
| 18  |      | at a time, so I'm going to try very hard to try to      |
| 19  |      | not interrupt you, and I would ask that you try not     |
| 20  |      | to interrupt me so that the court reporter can take     |
| 21  |      | down everything we say and we can get a clear record    |
| 22  |      | of what happens here today, okay?                        |
| 23  | A.   | Yes.                                                     |

6

```
 1   Q.    I'll also probably be calling you ma'am for most of
 2         the morning, because I don't think I can
 3         successfully pronounce your name correctly, so
 4         please don't take offense to that.
 5   A.    I never do.
 6   Q.    And if you do need to take a break at some point we
 7         can certainly do that, but if there's a question
 8         pending we're going to ask you to answer that first
 9         unless you attorney tells you not to, okay?
10   A.    Okay.
11   Q.    I'd like to start with some background questions
12         about you, ma'am.
13   A.    Okay.
14   Q.    How old are you today?
15   A.    Forty-six.
16   Q.    What is your marital status?
17   A.    Married.
18   Q.    How about your highest level of education?
19   A.    Bachelor's degree, University of Buffalo.
20   Q.    Okay.  What is that in?
21   A.    It's in social work and sciences.
22   Q.    Okay.
23   A.    Behavioral sciences.
```

| | | |
|---|---|---|
| 1 | Q. | About when did you get that? |
| 2 | A. | 1994. |
| 3 | Q. | Are you currently employed outside the home? |
| 4 | A. | No. |
| 5 | Q. | When was the last time you were? |
| 6 | A. | 2008. |
| 7 | Q. | Okay.  And what was your last employment? |
| 8 | A. | Catholic Health System. |
| 9 | Q. | Okay.  What did you do for them, ma'am? |
| 10 | A. | Case manager. |
| 11 | Q. | Your husband's name, ma'am? |
| 12 | A. | Nicholas. |
| 13 | Q. | And how old is he? |
| 14 | A. | He is forty-five and he's a junior. |
| 15 | Q. | Nicholas, Jr.? |
| 16 | A. | Umm-hmm. |
| 17 | Q. | Okay.  How about his highest level of education? |
| 18 | A. | High school. |
| 19 | Q. | And is Nicholas employed? |
| 20 | A. | Yes. |
| 21 | Q. | What does he do? |
| 22 | A. | He is a correctional officer. |
| 23 | Q. | Where does he work? |

```
 1   A.    Attica prison.
 2   Q.    And about how long has he done that?
 3   A.    Twelve years this November.
 4   Q.    Okay.  All right.  Do you have any other children?
 5   A.    Yes.
 6   Q.    Can you give me their names and ages, please?
 7   A.    Sure.  I have a stepdaughter Brittany and she is
 8         twenty-two.
 9   Q.    And what is Brittany's last name?
10   A.    Piechowicz.
11   Q.    Okay.  All right.
12   A.    And ███, ██████ Piechowicz, and she is ten.
13   Q.    Had you ever been married before?
14   A.    No.
15   Q.    Ma'am, what was ███ date of birth?
16   A.    ██████.
17   Q.    Do you know ██████ Social Security Number?
18   A.    Not offhand, no.
19   Q.    Is that information that you have --
20   A.    Yes.
21   Q.    -- someplace?
22   A.    Yes, I do.
23   Q.    Okay.
```

9

| | | |
|---|---|---|
| 1 | A. | Oh, I might have it.  I could look.  I have a |
| 2 | | picture of his death certificate on my phone that I |
| 3 | | could probably look up and get. |
| 4 | Q. | I'll tell you what; when we take a break we can get |
| 5 | | that, and your attorney will explain to you why we |
| 6 | | need that, okay? |
| 7 | A. | Okay. |
| 8 | Q. | How about grandparents; did Jordan have |
| 9 | | grandparents? |
| 10 | A. | Yes. |
| 11 | Q. | Can you give me their names? |
| 12 | A. | Peggy Jaskowiak, J-A-S-K-O-W-I-A-K. |
| 13 | Q. | Okay. |
| 14 | A. | It's my mother. |
| 15 | Q. | And that's your maiden name? |
| 16 | A. | Yes. |
| 17 | Q. | Okay. |
| 18 | A. | And then Nick and Diane Piechowicz. |
| 19 | Q. | All right.  And did ▇▇▇▇▇▇ have any type of |
| 20 | | relationship with those folks, with his |
| 21 | | grandparents? |
| 22 | A. | More with my mother. |
| 23 | Q. | Okay.  And how about with Nicholas and Diane? |

```
 1    A.      Not in the past six years.
 2    Q.      Was there any particular reason for that?
 3    A.      Yes.  There was an order of protection --
 4    Q.      Without getting into --
 5    A.      -- with his grandfather.
 6    Q.      Without getting into all the details of that, how
 7            did that come about?
 8    A.      He's been sick for a number of years with -- he must
 9            have had over twenty surgeries with rheumatoid
10            arthritis and osteoarthritis, and he's taken three
11            hundred painkillers a month, and he's just -- he
12            wasn't right, and he wanted to drive the kids, I
13            wouldn't let him, and he started getting angry with
14            me, so he came over our house one day and he wanted
15            to beat up Nick, and Nick goes call the police
16            because I'm not touching him.
17                    MS. FAHEY:  That's okay.
18 BY MR. CAVARELLO:
19    Q.      So something out of Family Court?
20    A.      Yes.
21    Q.      Okay.  And does your mom live locally?
22    A.      Cheektowaga.
23    Q.      All right.  So who was -- I guess as of May of 2016
```

|    |    |    |
|----|----|----|
| 1  |    | who was residing at the Liberty Avenue address? |
| 2  | A. | Me, ███████ ███████ and Nick. |
| 3  | Q. | Okay.  At the time he passed away did Jordan have |
| 4  |    | any medical conditions? |
| 5  | A. | He always had acid reflux since the time of age -- I |
| 6  |    | believe he was diagnosed at age two. |
| 7  | Q. | Okay.  Anything else? |
| 8  | A. | He had many surgeries with ears, problems with ear |
| 9  |    | infections, he had tubes, and then he had his |
| 10 |    | tonsils taken out. |
| 11 | Q. | Who was his pediatrician? |
| 12 | A. | Genesee Transit Pediatrics. |
| 13 | Q. | Okay. |
| 14 | A. | Dr. Dzik, D-Z-I-K. |
| 15 | Q. | Okay.  Had he ever treated for any |
| 16 |    | psychological-type issues? |
| 17 | A. | Never. |
| 18 | Q. | Had he ever been prescribed any medication for any |
| 19 |    | issues like that? |
| 20 | A. | No. |
| 21 | Q. | Depression, anxiety, anything like that? |
| 22 | A. | Never. |
| 23 | Q. | Had he ever met with counselors at school to your |

```
 1          knowledge?
 2   A.     No.
 3   Q.     And how about any outside counselors?
 4   A.     Never.
 5   Q.     Let me ask you about ██████████ academic history.  Did
 6          he start --
 7                 MS. FAHEY:  Excuse me, Dan.
 8                 MR. CAVARELLO:  Yes.
 9                 MS. FAHEY:  Can we stop for one second and
10          go off the record?
11                 MR. CAVARELLO:  Sure.
12                    (Discussion off the record.)
13   BY MR. CAVARELLO:
14   Q.     Ma'am, before we broke I was about to start asking
15          you about ██████████ academic career, and I believe I
16          asked you whether he started with the Lancaster
17          schools in kindergarten; is that correct?
18   A.     Yes.
19   Q.     So where did he go to elementary school?
20   A.     Went to Como Park Elementary.
21   Q.     Okay.
22   A.     And then to William Street, and then he was at the
23          middle school when he passed.
```

```
 1    Q.    All right.  So William Street went to what grade?

 2    A.    Sixth.

 3    Q.    All right.  So when he got to seventh grade then he

 4          was over to the middle school?

 5    A.    Yes.

 6    Q.    Now, in terms of his elementary school career, did

 7          he have any disciplinary issues there?

 8    A.    Never once.

 9    Q.    Did he ever get in trouble at school?

10    A.    He never got in trouble.

11    Q.    And how about his academic performance; how would

12          you describe that in the elementary schools?

13    A.    He was definitely a special needs' child.

14    Q.    At some point was he referred to the Committee on

15          Special Education?

16    A.    Yes.

17    Q.    Do you know what grade that occurred?

18    A.    Well, when he started kindergarten, parent/teacher

19          conference, the teacher noticed something.  He

20          wasn't diagnosed at the time.  She couldn't put her

21          finger on it.  So I went on my own and paid for an

22          evaluation to have them done.

23    Q.    What was --
```

| 1 | A. | It was hearing and speech on Elmwood, I don't know |
| 2 | | if it was Ken-Ton Hearing & Speech, and there he was |
| 3 | | diagnosed with auditory processing disorder by Dr. |
| 4 | | Hillary.  She's supposed to be one of the best |
| 5 | | doctors for that. |
| 6 | Q. | This was in kindergarten? |
| 7 | A. | Yes. |
| 8 | Q. | Okay. |
| 9 | A. | Because if I would have waited the school would have |
| 10 | | tested him I believe in first or second grade, and I |
| 11 | | didn't want to wait, so I did it on my own. |
| 12 | Q. | So when you got the results of that did you share |
| 13 | | that with the school? |
| 14 | A. | Absolutely.  I took three copies, to the principal, |
| 15 | | the speech pathologist, and the social worker, I |
| 16 | | believe, at the time. |
| 17 | Q. | And were there any special services provided to him |
| 18 | | -- |
| 19 | A. | Yes. |
| 20 | Q. | -- at that point? |
| 21 | A. | Yes.  That's when he started in with speech. |
| 22 | | MS. FAHEY:  You're just cutting off the end |
| 23 | | of his question -- |

1              THE WITNESS:  I'm sorry.

2              MS. FAHEY:  -- so if you could be conscious

3        of that and pause for a second.

4              THE WITNESS:  Sure.

5              MS. FAHEY:  Thank you.

6   BY MR. CAVARELLO:

7   Q.     He had speech services.  Anything else?

8   A.     In kindergarten I'm not sure.  I'm not sure when

9          everything began, if it was first grade or if it was

10         kindergarten, but I believe his speech was started

11         right away in kindergarten.

12  Q.     At what point did he actually have an IEP?  When did

13         that start?

14  A.     I'm not sure if it was kindergarten or first grade.

15  Q.     Okay.  And are you able to tell us what services he

16         received as part of the IEP?

17  A.     When he first started?

18  Q.     Yeah.  Whenever it was, kindergarten or first grade.

19  A.     Yes.  He was receiving speech and then he was in a

20         room with Mr. Edwards, who was the special ed

21         teacher, every day I believe for like an hour with

22         Mr. Edwards.

23  Q.     Okay.

| | | |
|---|---|---|
| 1 | A. | And then he also had a reading teacher that would |
| 2 | | come in, and I believe she sat in the classroom with |
| 3 | | him, and I'm not sure about the math. |
| 4 | Q. | Were you part of the annual meetings -- |
| 5 | A. | Yes. |
| 6 | Q. | -- about his IEP after that? |
| 7 | A. | Yes. |
| 8 | Q. | And any of the services that he had in elementary |
| 9 | | school, did they change as he got older? |
| 10 | A. | They were trying to pull back on services when he |
| 11 | | went to William Street and it didn't work. |
| 12 | Q. | Okay. And what do you mean by pull back? |
| 13 | A. | Like I think they were -- they pulled back on |
| 14 | | speech, I know that, and then at one point they |
| 15 | | increased it to math, reading, and then I think they |
| 16 | | pulled back on the math and said it wasn't working, |
| 17 | | so we had to put it back, so he remained pretty |
| 18 | | constant throughout. |
| 19 | Q. | Did you ever have any disputes or disagreements with |
| 20 | | the district with his special ed services while he |
| 21 | | was in elementary school? |
| 22 | A. | Never. |
| 23 | Q. | Was there a particular person you dealt with on |

```
 1          special ed issues when he was an elementary school
 2          student?
 3    A.    Yes.  At Como Park I dealt with Mr. Edwards.
 4    Q.    Okay.  And how about at William Street?
 5    A.    At William Street I believe it changed every year,
 6          and I can't remember everyone I dealt with there.
 7    Q.    Okay.  So how about when he got to middle school,
 8          seventh grade, did he still have an IEP?
 9    A.    Yes.
10    Q.    And did you have a primary point of contact at the
11          middle school?
12    A.    I did.  Her name ain't coming to me right now.  I
13          can see her face, too.
14    Q.    Do you know what her position was?
15    A.    Yes, special ed teacher.
16    Q.    Is it Miss Baker?
17    A.    Yes, it was, and she was the same seventh and eighth
18          grade.
19    Q.    Okay.  So was she assigned to ████████?
20    A.    Yes.
21    Q.    So was she with him all the time?
22    A.    No, no, but she -- from my understanding is she
23          would meet with ███████ for I think it was one period
```

| | | |
|---|---|---|
| 1 | | a day, and in that time she would go over all his |
| 2 | | assignments to make sure he had everything done, |
| 3 | | everything he needed, any help.  It was like that |
| 4 | | extra services to get him organized. |
| 5 | Q. | And did you have regular communication with Miss |
| 6 | | Baker? |
| 7 | A. | She had -- she would call me before our IEPs.  She |
| 8 | | -- I didn't have too much contact with her.  She |
| 9 | | sent me copies after IEP meetings, but that's the |
| 10 | | extent of it. |
| 11 | Q. | Okay.  Did she ever report any issues with ▮▮▮▮ to |
| 12 | | you? |
| 13 | A. | Never. |
| 14 | Q. | Did you ever have any disputes or disagreements with |
| 15 | | her -- |
| 16 | A. | No. |
| 17 | Q. | -- about ▮▮▮▮? |
| 18 | A. | No. |
| 19 | Q. | Okay.  How was his academic performance as a |
| 20 | | seventh-grader? |
| 21 | A. | Improving. |
| 22 | Q. | Okay.  Now, by the time they get to middle school |
| 23 | | they're getting actual grades, right? |

```
1    A.      Yes.

2    Q.      Can you tell us grade point wise what his grades

3            were like?

4    A.      I know for eighth grade he was almost on honor roll,

5            that's how high he was getting.  Seventh grade I

6            think was more in the 80s overall.

7    Q.      And was he ever in any kind of trouble at school as

8            a seventh-grader?

9    A.      No.

10   Q.      Was he assigned to a school counselor as a

11           middle-schooler?

12   A.      I believe so.

13   Q.      Do you know who that was?

14   A.      No.

15   Q.      Do you know if he ever met with a school counselor

16           as a seventh-grader?

17   A.      It was his academic counselor, like your guidance

18           counselor.  He had meet with the guidance counselor

19           to go over his ninth-grade schedule.

20   Q.      Okay.  Are you aware of him meeting with any

21           counselors at school for any other reasons?

22   A.      No, not that I'm aware of.

23   Q.      Was _____ involved in extracurricular activities?
```

1    A.      Yes.

2    Q.      Can you tell us about those?

3    A.      Modified football, seventh and eighth grade.

4            MS. APTER:  I'm sorry.  What was the second

5       part?

6            THE WITNESS:  It was modified football,

7       seventh and eighth grade.

8            MS. APTER:  Okay.

9    BY MR. CAVARELLO:

10   Q.      Had he played football prior to that?

11   A.      No.  I'm sorry.  He wasn't in seventh grade.  He

12          started only in eighth grade.  His friends, yeah,

13          convinced him.

14   Q.      And what position did he play?

15   A.      He bounced from offense and defense, first string,

16          second string.

17   Q.      So that would have been the fall of his

18          eighth-grade --

19   A.      Yes.

20   Q.      -- year?

21   A.      Yes.

22   Q.      Any other sports or activities?

23   A.      Hockey.

| | | |
|---|---|---|
| 1 | Q. | Did he play travel hockey? |
| 2 | A. | He played -- it was called mole.  It was like a |
| 3 | | modified house league that they did semi-travel. |
| 4 | Q. | What program did he play for? |
| 5 | A. | Buffalo Stars. |
| 6 | Q. | And how many years did he play hockey? |
| 7 | A. | He played hockey since he was eleven, so he was two |
| 8 | | years in hockey. |
| 9 | Q. | Okay.  Any other extracurricular activities he was |
| 10 | | involved in? |
| 11 | A. | No, that's it. |
| 12 | Q. | Okay.  Can you tell us who his -- who his friends |
| 13 | | were, the primary people he hung around with as a |
| 14 | | middle school student? |
| 15 | A. | Yeah.  ████████ ████████ |
| 16 | Q. | Do you know how to spell ████████ name? |
| 17 | A. | Last name? |
| 18 | Q. | Yes. |
| 19 | A. | ████████████ |
| 20 | Q. | What grade is ████████ in? |
| 21 | A. | Same as ████████ |
| 22 | Q. | Do you know how long they had been friends? |
| 23 | A. | No. |

```
1   Q.      Anyone else?
2   A.      ████████  ███████████  ██████  █████████████
3   Q.      Also an eighth-grader?
4   A.      Yes.
5   Q.      Okay.  And do you know how long they had been
6           friends?
7   A.      I believe since William Street.
8   Q.      Okay.  Anyone else that comes to mind?
9   A.      ████████████████.
10  Q.      Is that with a K or a C?
11  A.      K.
12  Q.      Okay.  Is it ████████████████?
13  A.      Yes, it is.
14  Q.      And was ████████ in eighth grade?
15  A.      Yes.
16  Q.      Anyone else you can recall?
17  A.      And then he spent a lot of time with the Buffalo
18          Stars' team.
19  Q.      Okay.  So was he a Pee Wee level?
20  A.      He was Pee Wee and this year was -- well, the past
21          year was Bantum.
22  Q.      Bantum.  Okay.  Do you know who his coaches were for
23          the stars?
```

```
 1   A.    Yeah.  It was -- oh, my God.  I'm going blank.  Oh,
 2         my God.  I'll think of it.
 3   Q.    If you do we can come back to it.  If it comes to
 4         you in an half an hour or so --
 5   A.    It will.
 6   Q.    -- just stop me and we'll go back to it.  I want to
 7         ask you about I guess an incident or disciplinary
 8         situation that occurred in March of 2016 at the
 9         middle school, okay?  As I understand it there was
10         some type of an incident where ███████ had to meet
11         with the principal and got in some type of trouble,
12         some type of suspension.  Do you know what incident
13         I'm referring to?
14   A.    Yes.
15   Q.    Okay.  And, as I understand it, it involved the way
16         he was dressed or the way he was sitting in class.
17         Are we talking about the same incident?
18   A.    Yes.
19   Q.    Okay.  When did you become aware that this issue had
20         arisen at school?
21   A.    When the principal called me that day.
22   Q.    Okay.  And is that Mr. Kruszynski?
23   A.    Yes.
```

```
 1    Q.    Tell us what the principal told you when he called.
 2    A.    He said that there was an incident in the classroom,
 3          it was like a special reading class, it was part of
 4          his IEP, and I guess it had a mix of seventh and
 5          eighth-graders in this classroom.  As I was told, it
 6          was a smaller room and it was a comfortable room so
 7          the kids could relax and read.
 8    Q.    And what did he tell you had allegedly occurred in
 9          the room?
10    A.    That there were three girls who claimed that ████████
11          put his leg up and he was wearing shorts, and that
12          he pulled his shorts in a way to expose himself to
13          the three girls.
14    Q.    Okay.  Was it your understanding that this had
15          happened one time or more than one time?
16    A.    Well, when I was first talking with the principal I
17          thought that he was talking all three girls in that
18          moment, that day, that ████████ exposed himself to,
19          but as our conversation went on the principal said
20          this happened in October, January, and March, and
21          that it was just one girl that day who claimed this,
22          but then after talking with her other girlfriends
23          they came down and told the principal.
```

25

| | | |
|---|---|---|
| 1 | Q. | Okay.  So there were three girls that claimed that |
| 2 | | it happened on three different occasions? |
| 3 | A. | Yes. |
| 4 | Q. | Okay.  Was this your first contact ever with the |
| 5 | | principal? |
| 6 | A. | Umm-hmm. |
| 7 | Q. | Yes? |
| 8 | A. | I didn't even know who the principal was. |
| 9 | Q. | Okay.  So what happened after the telephone |
| 10 | | conversation?  Did you go to the school, did you |
| 11 | | meet with him in person? |
| 12 | A. | No. |
| 13 | Q. | Did he tell you what he was planning on doing about |
| 14 | | it? |
| 15 | A. | When I was talking with him I thought he called to |
| 16 | | talk to me about the situation, and I thought he was |
| 17 | | like looking for my opinion on what to do, but |
| 18 | | everything was done already.  I was being told what |
| 19 | | had happened after the fact, and then he said that |
| 20 | | he put ▪▪▪▪▪ in in-school suspension and that today |
| 21 | | is almost over, so he already has one under his |
| 22 | | belt, and that he had two more days. |
| 23 | Q. | And how did you react to that? |

| | | |
|---|---|---|
| 1 | A. | And then I -- then I got -- I said -- I got upset, |
| 2 | | because then when I found out that this had happened |
| 3 | | three different times I said why wasn't I notified |
| 4 | | back in October or the other times and why am I |
| 5 | | hearing about it today and why are you believing all |
| 6 | | three of them over my son, and then he told me they |
| 7 | | were credible and he had to believe them. |
| 8 | Q. | Did he indicate that he had spoken to ▓▓▓▓ about |
| 9 | | it? |
| 10 | A. | Yes. |
| 11 | Q. | And what had ▓▓▓▓ said? |
| 12 | A. | Jordan tried to explain to him what had happened in |
| 13 | | the classroom, that he normally would sit at the |
| 14 | | table and put up his foot to read, and the way the |
| 15 | | room is, ▓▓▓▓ happened to be higher than the |
| 16 | | girls. The girls were at a lower level on this |
| 17 | | couch. And ▓▓▓▓ explained that to the principal |
| 18 | | as far as the principal had told me. |
| 19 | Q. | Did you ever speak to ▓▓▓▓ yourself about it? |
| 20 | A. | Yes, I did. |
| 21 | Q. | And what did he tell you? |
| 22 | A. | He came home crying -- well, first I got a text. |
| 23 | | After I hung up with the principal I got a text from |

METSCHL & ASSOCIATES
Buffalo: 716-856-1906    Rochester: 585-697-0969

```
 1              ████████, and in the text ██████ says, mom, I'm being
 2         accused of something I didn't do, and I believe I
 3         replied I know, he called me.  And then ███████ says
 4         I'm really upset right now.  And I said can you go
 5         talk to a counselor, and then I said do you want me
 6         to come in, I text him, do you want me to come in
 7         and talk to the principal.  He said no.  That's when
 8         I said can you go talk with a counselor, and he said
 9         yeah.  And then I said I'll talk to you when you get
10         home.
11    Q.   Do you know if he went and spoke to a counselor?
12    A.   I don't believe he did.   I believe it was towards
13         the end of the day already when this was going on.
14    Q.   Did he say why he was really upset?
15    A.   Because he didn't do it.  He was being accused of
16         something he didn't do.
17    Q.   How did he explain it to you?  Did he indicate --
18    A.   He came home crying.
19    Q.   -- it was an accident or something, or --
20    A.   He came home crying.  He was so upset because nobody
21         would listen to him.  He was telling the truth and I
22         guess the principal just didn't want to hear it.
23    Q.   What did ████████ tell you when he got home about what
```

```
 1          exactly --
 2    A.    He started --
 3    Q.    -- happened?
 4                MS. FAHEY:  Wait for the question.
 5                THE WITNESS:  I'm sorry.
 6  BY MR. CAVARELLO:
 7    Q.    That's okay.  What did he tell you happened?
 8    A.    He came home, he was crying, and he said, ma', I
 9          didn't do it, and he said the way he reads -- and
10          ▆▆▆▆▆ wears shorts every day to school, that's just
11          his thing.  He said he had put his leg up on the
12          table to read.
13    Q.    Did he say anything else?
14    A.    No, because he didn't know what he did.  He didn't
15          do anything.
16    Q.    After you spoke to ▆▆▆▆▆ did you have any further
17          contact with the principal?
18    A.    No.
19    Q.    Was there any particular reason why you didn't call
20          him back or speak to someone else at the school?
21    A.    Yes, because then when my husband got home from work
22          I told my husband what had happened and we talked
23          with ▆▆▆▆▆ and, again, ▆▆▆▆▆ started crying, and
```

METSCHL & ASSOCIATES
Buffalo: 716-856-1906    Rochester: 585-697-0969

29

```
 1           we told him we believed him and we told him, well,
 2           you already got a day in suspension, he felt like no
 3           one was going to believe him anyway, so do the two
 4           more days, you're almost out of that school, you're
 5           going to have a fresh start at the high school, and
 6           that will be the end of it.  So ▆▆▆▆▆ took it like
 7           a man.  He took the punishment and moved on.
 8    Q.     Now, that was in the first part of March.  Did
 9           ▆▆▆▆▆▆▆ remain in that reading class after his
10           suspension was up?
11    A.     No.
12    Q.     And why not?
13    A.     He -- we talked -- because this happened on a
14           Friday, so we were talking over the weekend and he
15           says he don't want to be in that class anymore, he
16           felt he didn't need it to begin with, and that he
17           didn't want to be back in that room and be accused
18           again.
19    Q.     Okay.  So did you take some action?
20    A.     Yes.  I had called his counselor, his academic
21           counselor, but the one that he deals with wasn't --
22           I don't know if she was on maternity leave or what,
23           so I was referred to another counselor who I
```

1    couldn't get a hold of.  So I contacted the teacher

2    in his classroom and she said that -- I told her

3    what happened.  She said she would get -- she agreed

4    with me, the best thing would be to get �e out

5    of that classroom.  She had contacted the counselor.

6    The counselor called me at the end of the day, says

7    we got him out, we put him in a study hall.  That

8    was the end of it.  I got a letter following that up

9    I think a week later.

10   Q.    Now, other than that first day when he came home and

11         was crying about it was he ever upset about that

12         particular incident again in your presence?

13   A.    Yeah.  He was upset until the punishment was over,

14         'cause when he went to return for the second day in

15         school he said his football coach, his gym teacher,

16         and two other teachers had walked by, saw him in the

17         in-school suspension room and says what the hell are

18         you doing there.  They couldn't believe it, because

19         he don't get in trouble, he's a good kid, and ▆

20         was upset because he told them and they're like, aw,

21         man.  He came home telling me that.  He says even my

22         teachers know I don't belong in there.

23   Q.    Did he suffer any consequences as far as the

1         football team was concerned?

2    A.    No.   This was past football season.

3    Q.    After the suspension was over do you know whether he

4          sought out anybody at school to talk to them about

5          this, a teacher or counselor or anything?

6    A.    He was happy to be out of that classroom, so he was

7          content.

8    Q.    Okay.  Did he know these girls that made the

9          accusations?

10   A.    He told me he didn't know their names, but he did

11         say they were seventh-graders.

12   Q.    As far as that incident was concerned was the

13         principal the only person from the school that spoke

14         to him about it, as far as you know?

15   A.    Yes.

16   Q.    And do you know if anyone else was present when the

17         principal spoke to him about that incident?

18   A.    I don't know.

19   Q.    Were there any further incidents involving your son

20         either at school or outside of school where you

21         noticed him being upset about anything between March

22         and May 6th?

23   A.    No.  He was -- he was very happy because his team

```
1            was winning, they were going to the championship.
2            He spent a lot of time with the Buffalo Stars and he
3            was looking forward to doing trainings in the
4            summer.  It was the same trainers that worked with
5            the Buffalo Sabres, so he was really excited.
6    Q.     So this would be his Bantum team?
7    A.     Umm-hmm.
8    Q.     Yes?
9    A.     Yes.
10   Q.     Was the hockey season over by early May?
11   A.     It was over by the end of April.
12   Q.     Okay.  And did they -- you say they won the
13          championship?
14   A.     They went to the championship.  They lost, but they
15          went to the championship.
16   Q.     Okay.  So as of early May was that a break in the
17          hockey season at that point?
18   A.     Yes.  He was not -- the Buffalo Stars was over, but
19          he was already into Dippin' Dots.  He was with the
20          summer league already, so he started training
21          already for the Dippin' Dots, I believe.
22   Q.     Did he do that at Holiday?
23   A.     It was between Holiday and -- what's the other one?
```

33

| | | |
|---|---|---|
| 1 | Q. | The one in Orchard Park? |
| 2 | A. | Yeah.  They work hand in hand with each other. |
| 3 | Q. | Leisure? |
| 4 | A. | Leisure, yes. |
| 5 | Q. | All right.  So between that first week of March and |
| 6 | | May 6th did you observe any behaviors by ▓▓▓▓ that |
| 7 | | caused you any concern? |
| 8 | A. | No. |
| 9 | Q. | Did anyone express to you, you know, anyone from the |
| 10 | | school, any of his friends, any of his family |
| 11 | | members, express to you that he didn't seem like he |
| 12 | | was himself? |
| 13 | A. | No. |
| 14 | Q. | Did he suffer any consequences at home as a result |
| 15 | | of that incident in March? |
| 16 | A. | No, because me and my husband said we believed him. |
| 17 | Q. | All right.  Then let's move ahead to May, if we can, |
| 18 | | okay, ma'am? |
| 19 | A. | Umm-hmm.  Yes. |
| 20 | Q. | All right.  Were you, in fact, contacted again by |
| 21 | | the principal sometime in the morning of May 6th? |
| 22 | A. | Yes. |
| 23 | Q. | Can you tell us about that? |

34

```
1   A.    Yes.  I was coming -- I know it was right after -- I
2         believe it was like right around noon.  I was just
3         coming home from grocery shopping and I had
4         groceries in my hand, and I took the phone in the
5         garage and -- you want me to keep going?
6   Q.    Yes.
7   A.    Okay.  And then it was the principal, and he said
8         that -- he wanted to explain that ██████ was dating
9         a girl back in February for three days, they broke
10        up, and during that time this girl took a picture of
11        her naked behind and sent it to ██████
12  Q.    Did you know who the girl was?
13  A.    No.
14  Q.    Did you know that ██████ had dated a girl for three
15        days?
16  A.    No.
17  Q.    I'm sorry.  Go ahead.
18  A.    And that this picture made its way to the middle
19        school, the high school of Lancaster, and also Depew
20        school.
21  Q.    Did he say how that had occurred?
22  A.    I guess ██████ sent it to a friend and it took on a
23        life of its own.
```

35

1    Q.    Do you know who ████████ sent it to?

2    A.    No.

3    Q.    Okay.  And how about when he sent it; do you know

4          that?

5    A.    No.

6    Q.    Okay.  What else did the principal say?

7    A.    So he said that the girl found out that ████████ had

8          showed the picture that morning to a boy on the bus

9          and that the boy on the bus begged ████████ to see the

10         picture, and ████████ didn't want to show him, but the

11         boy begged him, so ████████ did show him the picture.

12         Then the boy who saw the picture told the girl he

13         seen the picture who the girl was, and she came to

14         the principal's office to report it.

15    Q.    Now, did you ever learn who the girl was?

16    A.    No.  That day, no.

17    Q.    At any point?

18    A.    Now I know.

19    Q.    Okay.  Who was it?

20    A.    ████████ ████████.

21    Q.    When you learned the name was that the first time

22         you had ever heard of this girl?

23    A.    Yes.



1    Q.    So about what time did you get the call from

2          Mr. Kruszynski?

3    A.    It had to be around I want to say five after twelve,

4          because I was at Save A Lot and I was coming in, and

5          I just -- I remember looking at the clock in the

6          garage.  It was somewhere around twelve five, twelve

7          ten.

8    Q.    Okay.  So did Mr. Kruszynski indicate whether he had

9          spoken to ███████ about this?

10   A.    So he told me that he had brought in the Lancaster

11         police officer and that they brought ██████ in to

12         the office.  ███████ admitted to having the picture.

13   Q.    Okay.  What else did he say?

14   A.    He said that they went through his phone, deleted

15         the picture, found more pictures of girls behind a

16         hidden app, no one from the school, and then he told

17         me that he was giving ██████ three days of in-school

18         suspension, and I told him the hell you're not.  I

19         said why don't you call Dr. Phil on that girl and

20         her parents.  I said don't punish my son, he didn't

21         do anything wrong, this didn't happen on school

22         property as far as you know.  And he goes yes, it

23         did, it was on the -- the bus is school property,

METSCHL & ASSOCIATES
Buffalo: 716-856-1906    Rochester: 585-697-0969

1    and then he yelled it a little bit louder than that,

2    and that upset me, and I said I'm not over March

3    when you punished my kid for three days for doing

4    nothing.  I said I'm coming in.  He's telling me the

5    police are involved.  I'm coming in.  He goes fine,

6    he says, you can come in.  So I told him I'll be

7    there in five minutes.  Well, when I got off the

8    phone I called my husband.  My husband was at work,

9    working a double.  I called my husband at Attica

10    prison and I told him, I said the principal called,

11    told him what he had said, and my husband was so

12    upset.  He goes call back the school and tell them

13    wait forty minutes, I'm coming, so I did.

14  Q.   Before we go any further, ma'am, did you feel as

15    though it was inappropriate or not correct for

16    ████████ to be punished, even though he had shared the

17    photo on the bus?

18  A.   Why wasn't I called?  The second time I'm called

19    after the fact.  What do you mean you went through

20    -- all these thoughts are going through my head.

21    What do you mean the police are there.  What do you

22    mean you went through his phone.  I was so upset.

23    I couldn't even -- if I'm this upset I can't even

38

```
 1          imagine what ████████ going through right now.
 2    Q.    I understand that, ma'am, but did you disagree that
 3          he should be punished for sharing that on the bus?
 4    A.    It wasn't my mind frame at the time.
 5    Q.    So --
 6    A.    I felt outcasted.  I felt like I had no part in
 7          this.
 8    Q.    All right.  So you were upset that it was already
 9          taking place --
10    A.    Done and over with, and then, "just so you know".
11          That's how I felt.
12    Q.    Okay.  All right.  So did you wait for your husband?
13    A.    Yes, I did.  I called back the school, I told them
14          -- told the secretary I'm coming in to meet with
15          Mr. Kruszynski, but it's going to be in forty
16          minutes when my husband gets in from work.  She said
17          okay.
18    Q.    Do you know approximately what time you arrived at
19          the school?
20    A.    It was around one, maybe a little bit after.
21    Q.    Did your husband meet you there?
22    A.    No.  He picked me up.
23    Q.    All right.  And did you meet with the principal?
```

39

| | | |
|---|---|---|
| 1 | A. | We did. |
| 2 | Q. | Was anyone else present? |
| 3 | A. | No. |
| 4 | Q. | Tell us about the meeting. |
| 5 | A. | Sat down, he told us the same story he told me on |
| 6 | | the phone. He was telling it to my husband. He |
| 7 | | said that the Lancaster police officer who works in |
| 8 | | the school went through ▉▉▉▉ phone, found the |
| 9 | | pictures, deleted the pictures. He told us about |
| 10 | | the hidden app and that ▉▉▉ got three days of |
| 11 | | in-school suspension, which he was already in in |
| 12 | | that moment. |
| 13 | Q. | Okay. And how did you respond to that information? |
| 14 | A. | I said did you explain to ▉▉▉ what he did and why |
| 15 | | he's in in-school, and he says it's in the manual. |
| 16 | | And I said, no, no, did you explain; ▉▉▉ has an |
| 17 | | IEP. And he goes, well, I didn't see you at the |
| 18 | | parent meeting last week. I go what are you talking |
| 19 | | about. He goes we had a meeting for apps, hidden |
| 20 | | apps with the phone. And my husband goes my son has |
| 21 | | special needs; did anybody explain to him. We were |
| 22 | | getting nowhere. He wasn't understanding what we |
| 23 | | were trying to ask him. Then I said, well, I want |

METSCHL & ASSOCIATES
Buffalo: 716-856-1906   Rochester: 585-697-0969

40

```
 1        to see ████████, I said 'cause the last time he came
 2        home crying that he didn't do it. He goes I'll get
 3        ████████. I said okay. He went, he left the office.
 4        Within seconds he came back with ██████, and ████████
 5        didn't even look at me or my husband. He sat down
 6        with his head down and says I did it, okay, and then
 7        he got up and ████████ wanted to leave.
 8   Q.   And after ████████ said that did you or your husband
 9        say anything?
10   A.   My husband says I'll see you when I get home.
11   Q.   So at that point did you or your husband -- strike
12        that. At that point did you agree or disagree with
13        the punishment that Mr. Kruszynski had determined?
14   A.   I disagreed with the punishment.
15   Q.   And why was that?
16   A.   Three days for having something in his private
17        possession -- I don't know. I just felt both times
18        the crime -- the punishment didn't fit the crime.
19   Q.   Do you feel it was excessive?
20   A.   I do.
21   Q.   Okay. Did Mr. Kruszynski explain to you what the
22        options were as far as punishment was?
23   A.   There was no options. That was it.
```

| | | |
|---|---|---|
| 1 | Q. | Do you know whether this was the most severe |
| 2 | | punishment he could have received for this |
| 3 | | particular offense? |
| 4 | A. | Well, he told -- well, when I had mentioned that my |
| 5 | | child is special needs he says that's why he's in |
| 6 | | in-school suspension here and not at Central. |
| 7 | Q. | Did your husband express any agreement or |
| 8 | | disagreement with the punishment during the meeting? |
| 9 | A. | I don't -- I don't remember, because the topic |
| 10 | | changed to -- he kept talking about my husband's |
| 11 | | uniform and my husband's work and the topic just |
| 12 | | changed really, really quickly, and I was very |
| 13 | | frustrated when I left.  That was it. |
| 14 | Q. | When you asked the principal before ▓▓▓▓ was in |
| 15 | | the room if they had explained to ▓▓▓▓ what he did |
| 16 | | what is it that you were concerned about? |
| 17 | A. | Because he has auditory processing disorder. ▓▓▓▓ |
| 18 | | can only understand one thing at a time and he needs |
| 19 | | to be explained, and you need a response from him |
| 20 | | that he understands what you're saying.  So if you |
| 21 | | don't treat him with what's on his IEP he comes off |
| 22 | | like he knows what you're talking about, when he |
| 23 | | doesn't.  So I asked him did you explain, and I got |

```
 1        thrown with it's in the handbook and I should have
 2        been at the parent meeting last week.
 3   Q.   Did ████ say anything else when he came in besides
 4        something to the effect of I did it, okay?
 5   A.   He told us I did it with his head down.  He couldn't
 6        look at my husband or I and he was embarrassed and
 7        walked away.
 8   Q.   So how long was ████ in the room for?
 9   A.   Not even a minute.
10   Q.   Did he go back to the suspension room?
11   A.   Yes.
12   Q.   So did you have any conversation at all with the
13        principal after ████ went back about whether there
14        were any other options or possibilities for
15        punishment?
16   A.   No.
17   Q.   So what happened after that?  I think you said that
18        the conversation changed.  There was a --
19   A.   It changed.  He was just talking about my husband's
20        uniform and his work and we left.  My husband had to
21        get back to work because he was working a double.
22   Q.   So did he drive you back home?
23   A.   Yes.
```

| | | |
|---|---|---|
| 1 | Q. | Where was ▓▓▓▓ phone after the meeting? |
| 2 | A. | Oh. He gave it to my husband. |
| 3 | Q. | And did your husband keep it? |
| 4 | A. | Yeah, he took it. |
| 5 | Q. | Did he take it with him back to work? |
| 6 | A. | No. He gave it to me in the car. |
| 7 | Q. | Okay. And then what did you do with it? |
| 8 | A. | I put it downstairs on a night stand. |
| 9 | Q. | Was it your intention to take it away from ▓▓▓▓? |
| 10 | A. | No. It was my intention to have my husband sit down |
| 11 | | with ▓▓▓▓ the next day and talk about this, kind |
| 12 | | of like a man-to-man thing. |
| 13 | Q. | All right. So when you say downstairs you mean like |
| 14 | | in the basement? |
| 15 | A. | Yeah. We have like a spare bedroom in the basement. |
| 16 | Q. | Does anyone use that? |
| 17 | A. | My husband was using it because he just came off of |
| 18 | | hip surgery and he was staying down there. |
| 19 | Q. | So when was your husband scheduled to work until? |
| 20 | A. | Eleven o'clock that night. |
| 21 | Q. | Did you hear anything further from the school about |
| 22 | | ▓▓▓▓ for the rest of the school day? |
| 23 | A. | No. |

| | | |
|---|---|---|
| 1 | Q. | Did ████ ride the bus home? |
| 2 | A. | Yes. |
| 3 | Q. | And do you know whether there was any discussion |
| 4 | | about any of this on the bus? |
| 5 | A. | I don't know. |
| 6 | Q. | Were you home when ████ came home? |
| 7 | A. | Yes. |
| 8 | Q. | And what time was that about? |
| 9 | A. | Two forty. |
| 10 | Q. | Did you speak to ████ when he came home? |
| 11 | A. | I said hello. |
| 12 | Q. | Okay.  Did he respond to you? |
| 13 | A. | No.  He had his head down.  He was upset. |
| 14 | Q. | Was anyone else home besides you? |
| 15 | A. | Not at that moment, no. |
| 16 | Q. | Did ████ say anything to you at all? |
| 17 | A. | ████ went to his room, he dropped off his book |
| 18 | | bag, and then he came -- I was in the kitchen, and |
| 19 | | then he came out and asked if he could go shoot some |
| 20 | | pucks on the street and I said yeah. |
| 21 | Q. | Okay.  Did he do that? |
| 22 | A. | Yep.  Yes. |
| 23 | Q. | And about how long did he do that for? |

1   A.      Until dinner.

2   Q.      Okay.   Was anyone with him?

3   A.      Not at the time.   At first he was by himself on the

4           street and then at three thirty-five my daughter

5           came home from school and I was -- I was watching

6           the boy who lives two doors down, and he was coming

7           to our house, also, ███ ████, so ██████ and ██████

8           came home from school, they said can we go and play

9           with ██████ on the street.   They wanted to shoot

10          some pucks with ██████   I said if he lets you, go

11          ahead, and ██████ let them, so the three of them

12          were shooting some pucks in the street into a net.

13  Q.      You said ██████ lives on the street?

14  A.      Yes, two doors down.

15  Q.      How old is he?

16  A.      He was nine at the time.

17  Q.      What is his last name?

18  A.      ██████████ -- or ████████████.

19  Q.      And is he friends with ██████?

20  A.      Yes.

21  Q.      So the three of them were outside?

22  A.      Yes.

23  Q.      About what time are we up to now?

| | | |
|---|---|---|
| 1 | A. | This was right when they got off the bus so, it's |
| 2 | | right around four o"clock. |
| 3 | Q. | All right.  And were you in the house then? |
| 4 | A. | Yes.  I was making dinner. |
| 5 | Q. | Do you know how long they remained out there |
| 6 | | shooting pucks? |
| 7 | A. | Well, the phone rang around a little after four, it |
| 8 | | was Dominic, so I called ▮▮▮▮▮.  He had his |
| 9 | | Rollerblades on.  I called him to the door, gave him |
| 10 | | the phone.  He took the call in the garage.  That |
| 11 | | lasted for about maybe three minutes, maybe a little |
| 12 | | longer.  ▮▮▮▮▮ handed me the phone and went back |
| 13 | | and played with the kids until dinner, which I think |
| 14 | | was around four thirty we started eating. |
| 15 | Q. | So who was -- strike that.  Were you all eating |
| 16 | | together? |
| 17 | A. | Yes.  Me, ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮. |
| 18 | Q. | Did anything occur during dinner out of the |
| 19 | | ordinary? |
| 20 | A. | No.  ▮▮▮▮ -- well, ▮▮▮▮ made a joke saying how |
| 21 | | nice ▮▮▮▮ was to her playing hockey. |
| 22 | Q. | That was atypical? |
| 23 | A. | You know how brothers and sisters are.  He was extra |

```
 1        nice to her that day.
 2   Q.   Can you describe ████████ mood, his demeanor?
 3   A.   It was much better after he played some hockey.
 4   Q.   So was there anything about him at that point that
 5        you observed that caused you any concern?
 6   A.   Not like concern.  He was still not himself.  He was
 7        better than when he first came off the bus, but he
 8        was still like -- he looked like something was
 9        bothering him.
10   Q.   Did you ask him at all?
11   A.   I planned on sitting with ██████ after █████ left.  I
12        didn't want to discuss anything with █████ being
13        there.
14   Q.   So what time was dinner over?
15   A.   Closer to five.
16   Q.   And tell me where everybody went after that.
17   A.   So █████ and ██████ went into the living room to play
18        Wii, and ██████ came out and said can I lift some
19        weights, he has a weight bench in the basement, and
20        I said sure, go ahead.
21   Q.   Was that something he did regularly?
22   A.   About three, four times a week.
23   Q.   And did he typically do it around the same time of
```

48

```
 1        day?
 2   A.   No.  He did it whenever he felt like it.
 3   Q.   Did anyone go down into the basement with him?
 4   A.   No.
 5   Q.   Do you know how long he was down there for?
 6   A.   A while.  He was down there, had to have been like
 7        twenty, twenty-five minutes to half an hour.
 8   Q.   Do you know what he was doing down there?
 9   A.   From what I heard you could hear like a clink of the
10        weights, and I could hear the weights from upstairs.
11        I was cleaning up after dinner, so I heard him down
12        there, and I was keeping an eye on the kids in the
13        living room.
14   Q.   So it seemed to you from the noise that he was
15        lifting weights?
16   A.   Yeah.  Yeah.
17   Q.   Did he come back upstairs?
18   A.   He did.
19   Q.   About what time was that?
20   A.   I couldn't tell you the exact time.  All this
21        started happening between like twenty after five to
22        six o'clock we're talking now, and in that time he
23        came back up, went to his bedroom, and then he said
```

```
 1              can I go outside and shoot some pucks, but this time
 2              he wanted to go in the backyard, and that was very
 3              normal.  He had a net in the back with some wood and
 4              he had regular hockey pucks, not the kind you play
 5              in the street, so we set up a spot in the back
 6              behind the pool that he could shoot his pucks
 7              without hitting no one's house.  It was set up by
 8              the trees, and every day he did that.
 9      Q.      So did he have like a shooting board back there or
10              something?
11      A.      Yeah.
12      Q.      Okay.
13      A.      So the last time I ever saw ████ because I have a
14              patio door -- as I was cleaning up the kitchen I
15              watched him walking.  He had his hockey stick in his
16              hand and he was heading towards the back.
17      Q.      And that was about what time?
18      A.      All this -- I couldn't tell you the exact moment,
19              but everything started happening, it was between
20              twenty after five and six o'clock, because right
21              after that the phone rang.  It was the boy's mother
22              from two doors down.  She was saying thank you for
23              watching ████, she's home, you can send him back
```

```
 1        now, so she had me on the phone for a while.  So
 2        after I hung up with Judy, his mother, I said, ████
 3        get your stuff together.  So we were getting his
 4        school bag, sneakers, all that.  I went to the
 5        front, I watched him walk home, and then I said,
 6        well -- me and ████ came back in, and then we went
 7        -- I said where's ████, and said, oh, yeah, he's
 8        outside.  I called ████, ████.  I didn't see
 9        him, and I called out his name, and ████ always
10        where he says he's gonna be, so he wasn't out there,
11        so I went, looked in his room.  I didn't see him.  I
12        went down to the basement and I noticed his phone
13        was gone that I put on that stand, walked around the
14        basement.  So then I text ████.  I said where are
15        you, I know you have your phone.  Nothing.
16   Q.   Nothing meaning no response?
17   A.   Uh-uh.
18   Q.   That's a no?
19              MS. FAHEY:  You have to say yes or no.
20   BY MR. CAVARELLO:
21   Q.   There was no response to the text?
22   A.   No.
23   Q.   What did you do after you got no response?
```

```
 1   A.    Well, I called my sister.  I said -- I told her what
 2         was going on, and then she's like why don't you go
 3         look where he plays hockey, maybe he's with a friend
 4         or a friend's house.  So I got ████ and I went past
 5         a couple friends' houses where he might be playing.
 6         I went by Como Park school, because sometimes they
 7         play football or hockey, and he wasn't there.  I
 8         didn't ride around long; came back, and my daughter
 9         says, mommy, let's go look beyond the trees in our
10         backyard.  Sometimes ████ would take a bucket and
11         gather his pucks and he'd be back there a while.  I
12         said maybe, I said, let's go back there.  So my
13         daughter was with me and we went back there, and I
14         looked down and I saw his hockey stick and his phone
15         to my left, and I looked to my right and he was
16         laying there dead -- well, I didn't know he was dead
17         at the time.  He was laying there with the gun on
18         his stomach and blood on his face.
19   Q.    Did your daughter see him, also?
20   A.    Yes.
21   Q.    Was he actually in the rear of your property?  Is
22         that where he was?
23   A.    It was beyond our property.  We have Christmas trees
```

| | | |
|---|---|---|
| 1 | | that divide our property.  He was actually on 363 |
| 2 | | Aurora's property. |
| 3 | Q. | And were you the first person to find him?  Yes? |
| 4 | A. | Yes. |
| 5 | Q. | So what did you do, ma'am? |
| 6 | A. | Screamed.  The little boy who I had just watched was |
| 7 | | playing in his backyard and he came and saw ████. |
| 8 | | He ran and got his mom and dad.  I -- I was trying |
| 9 | | to call 911.  I couldn't even hit those numbers.  I |
| 10 | | think I got through to 911, and then Judy came and |
| 11 | | took the phone from me and she helped me.  Her and |
| 12 | | her husband took over. |
| 13 | Q. | All right.  Did you leave that area at that point? |
| 14 | A. | Yeah.  I grabbed my daughter and then I went -- I |
| 15 | | wanted to take my daughter to my neighbors.  I |
| 16 | | didn't know my neighbor wasn't home.  I was smacking |
| 17 | | windows, and before I knew it all my neighbors came |
| 18 | | and they took ████ |
| 19 | Q. | Did someone inform you at the scene or at your home |
| 20 | | that your son was deceased? |
| 21 | A. | Nobody told me anything.   I saw the ambulance come, |
| 22 | | they went back there, and then I saw them come right |
| 23 | | out, and I asked one of the Lancaster police |

|    |    |    |
|----|----|----|
| 1  |    | officers, I said why aren't they taking him, and he |
| 2  |    | says no one told you, and I said no, and he said, |
| 3  |    | sorry, ma'am, he passed. |
| 4  | Q. | Do you know what officer that was? |
| 5  | A. | No. |
| 6  | Q. | Did someone call your husband at some point? |
| 7  | A. | My neighbor Judy. |
| 8  | Q. | Did he come home? |
| 9  | A. | Yeah.  They had him driven home. |
| 10 | Q. | Ma'am, do you know what became of your son's phone |
| 11 |    | from the time you saw it on the ground? |
| 12 | A. | The police couldn't find it, and I couldn't |
| 13 |    | understand, 'cause they taped the whole area off.  I |
| 14 |    | couldn't go back there.  And I told them it was |
| 15 |    | there, but they couldn't find it.  They said if you |
| 16 |    | find it let us know.  And my husband had his father |
| 17 |    | go back there and he found it the next day.   I |
| 18 |    | understand why the police didn't find it. |
| 19 | Q. | Why? |
| 20 | A. | Because where he normally would shoot pucks, that's |
| 21 |    | where I found the phone and the stick, but he went |
| 22 |    | and shot himself behind the neighbor's shed, which |
| 23 |    | was a lot further away, so it made sense for me to |

54

| | | |
|---|---|---|
| 1 | | know it's there, but not for them. |
| 2 | Q. | So it wasn't at the immediate scene? |
| 3 | A. | No.  He dropped it and then ran. |
| 4 | Q. | Do you know whether the police or anyone looked |
| 5 | | through the phone after they found it? |
| 6 | A. | Yes.  The detective, W-O-J-C-I-K, Wojcik, when we |
| 7 | | found the phone, he asked if he could go look |
| 8 | | through it and my husband said he could.  We didn't |
| 9 | | know the pass -- the password, and my husband says |
| 10 | | you're never gonna get it in, because he said |
| 11 | | they're still trying in California to get into that |
| 12 | | phone, and he got in it within an hour, and we were |
| 13 | | burying ███████ with the phone. |
| 14 | Q. | And why was that? |
| 15 | A. | Because that was ████████ thing.  That was his baby. |
| 16 | Q. | Do you know if the police found anything on it of |
| 17 | | significance? |
| 18 | A. | He says nothing was on there.  I guess the detective |
| 19 | | told my husband they were looking if ███████ was |
| 20 | | being threatened or anything and there was no |
| 21 | | bullying or anything like that. |
| 22 | Q. | Do you know if ████████ posted anything or sent |
| 23 | | messages of anything -- |

55

| | | |
|---|---|---|
| 1 | A. | Yeah. |
| 2 | Q. | -- before he died? |
| 3 | A. | I was told -- |
| 4 | | MS. FAHEY:  You have to wait for his |
| 5 | | question. |
| 6 | | THE WITNESS:  I'm sorry. |
| 7 | BY MR. CAVARELLO: | |
| 8 | Q. | I'm sorry.  Go ahead. |
| 9 | A. | Say it again.  I'm sorry. |
| 10 | Q. | Do you know whether ▮▮▮▮▮ posted anything or sent |
| 11 | | any messages to anyone before he died? |
| 12 | A. | Yeah.  I was told by the detective that there was |
| 13 | | like a suicide note left on Instagram. |
| 14 | Q. | Did the detective tell you what it said? |
| 15 | A. | I didn't want to know. |
| 16 | Q. | Did you ever come to learn how ▮▮▮▮▮ had gotten |
| 17 | | access to a gun? |
| 18 | A. | Yes. |
| 19 | Q. | How was that? |
| 20 | A. | My husband had a gun downstairs in a lock box and |
| 21 | | that's the gun he used. |
| 22 | Q. | Do you know how he was able to get into the lock |
| 23 | | box? |

METSCHL & ASSOCIATES
Buffalo: 716-856-1906    Rochester: 585-697-0969

56

| | | |
|---|---|---|
| 1 | A. | When they found the lock box it was still locked. |
| 2 | | It was pried open. |
| 3 | Q. | Did your husband generally keep the gun loaded? |
| 4 | A. | It wasn't loaded. |
| 5 | Q. | It wasn't loaded in the box you mean? |
| 6 | A. | Yes. |
| 7 | Q. | Did he also have ammunition someplace in the |
| 8 | | basement? |
| 9 | A. | Yes. |
| 10 | Q. | After ▓▓▓▓ passed away did anyone from the family, |
| 11 | | you, your husband, had anyone done any social media |
| 12 | | postings about what had happened at the school? |
| 13 | A. | No. |
| 14 | Q. | Was there ever a posting that you were aware of that |
| 15 | | said something to the effect of that your son had |
| 16 | | been bullied by the Lancaster principal? |
| 17 | A. | No. |
| 18 | Q. | Do you have any knowledge of ▓▓▓▓ having been |
| 19 | | bullied or mistreated by any other student at the |
| 20 | | school? |
| 21 | A. | Never. |
| 22 | Q. | Any acquaintances or anyone more his age that wasn't |
| 23 | | treating him properly? |

| | | |
|---|---|---|
| 1 | A. | Not that I'm aware of. |
| 2 | Q. | Did he ever complain to you about anyone in |
| 3 | | particular? |
| 4 | A. | Never. |
| 5 | Q. | After this all occurred, ma'am, did you ever speak |
| 6 | | to people, like his coaches or his teachers or |
| 7 | | anything, to see if they observed anything unusual? |
| 8 | A. | Only time I spoke with them is -- so many people |
| 9 | | came to the wake. I can't even tell you what I |
| 10 | | said. I was in -- I don't remember a lot from that |
| 11 | | day. |
| 12 | Q. | Ma'am, did the family, you and your husband, incur |
| 13 | | funeral and burial expenses? |
| 14 | A. | Yes. |
| 15 | Q. | Do you know approximately how much that was? |
| 16 | A. | Twenty-three thousand dollars. |
| 17 | Q. | And what did that consist of? |
| 18 | A. | The funeral home, his plots, the stone, the church, |
| 19 | | and the funeral breakfast after. |
| 20 | Q. | Were those expenses paid by you or your husband? |
| 21 | A. | Both of us. |
| 22 | Q. | Did you ever have any conversations with anybody |
| 23 | | from the school district after your son passed away |

```
 1              that related back to this incident involving the
 2              photo and the discipline that he received?
 3    A.        I talked with everybody at the wake.  I don't know
 4              what I said.
 5    Q.        Anyone after the wake?  Did you reach out to the
 6              school ever and talk --
 7    A.        Yes.
 8    Q.        -- with the principal or anybody like that?
 9    A.        I did.  I was going to sit down and talk with the
10              director of special ed, and then I came here and
11              then we canceled it.
12    Q.        Why is it that you were going to do that?
13    A.        To make changes.
14    Q.        Did you say to make changes?
15    A.        To make changes.
16    Q.        What did you have in mind, ma'am?  What changes?
17    A.        Something better than what my son went through.
18    Q.        And can you elaborate on it a little bit for us
19              specifically what you're referring to?
20    A.        Sure.  He had special needs.  Where was the special
21              ed teacher?  Where was everything?  I felt like I
22              did my part from day one, kindergarten, and I
23              followed through every meeting, everything, and we
```

59

```
 1          get up to this point, where is the Lancaster special
 2          ed program when we need them, when we need backup
 3          here?   I reached out to John Armstrong.   Where was
 4          he?
 5    Q.    Who's that?
 6    A.    Director of special education for Lancaster.
 7    Q.    And when you say where was he or where were they --
 8    A.    Yeah.
 9    Q.    -- when do you mean?
10    A.    In the principal's office when all this is going
11          down.
12    Q.    You mean when he was being questioned about it?
13    A.    Yeah.
14    Q.    Do you believe your son may have had a hard time
15          comprehending what was happening?
16    A.    Absolutely, yes.
17    Q.    And why do you believe that?
18    A.    Because I know it needs to be explained to him,
19          needs to be repeated back so you know he
20          understands, and the principal, from what I know,
21          didn't do that.
22    Q.    Did you or your husband ever attempt to do that?
23    A.    Always with ███████.
```

60

| | | |
|---|---|---|
| 1 | Q. | I mean with regard to this incident.  In other |
| 2 | | words, say when he came home from school or anything |
| 3 | | like that, did you try to -- |
| 4 | A. | This was only the second time he's ever been in |
| 5 | | trouble, and I was going to do that with  |
| 6 | | after the boy left, and then when the boy left I |
| 7 | | looked for ▇▇▇▇, and that's when I couldn't find |
| 8 | | him.  In fact, I wasn't even going to let ▇▇▇▇ go |
| 9 | | back to that school.  I was going to home school him |
| 10 | | until the high school. |
| 11 | Q. | Is there anything else about the manner in which the |
| 12 | | situation was handled that you -- you were not |
| 13 | | pleased with or thought was inappropriate?  So far |
| 14 | | you've told me you're not certain that your son was |
| 15 | | able to understand what was happening, you believe |
| 16 | | that someone else, perhaps from special ed, should |
| 17 | | have been there at the time.  Is there anything |
| 18 | | else? |
| 19 | A. | I should have been notified first.  I should have |
| 20 | | been in that room.  I should have signed a release |
| 21 | | to go through his phone. |
| 22 | Q. | Anything else that you believe was handled |
| 23 | | inappropriately by the principal or by the school |

```
 1          district regarding this particular incident?
 2    A.    Just this incident or the one in March, too?
 3    Q.    Let's talk about this one first, but we'll get back
 4          to that one.  How about this one from May?
 5    A.    For now, yeah.  That's it for May.
 6    Q.    What about the March incident?
 7    A.    The March, I should have had more information.  I
 8          should have been included in on that conversation,
 9          as well.  I feel the same way.  I feel that
10          somebody from special ed program should have been
11          with ███████ representing him, and I should have been
12          called.  I should have known who those girls were.
13          Why wasn't I -- I should have been contacted in
14          October of 2015 or whenever that happened.
15    Q.    At any point either after the March situation or
16          after the May situation did you ever try to contact
17          anyone sort of above the principal, like speak to
18          the superintendent of the schools --
19    A.    Never.
20    Q.    -- or anything like that?
21    A.    No.
22    Q.    Did any of those folks ever reach out to you --
23    A.    No.
```

62

```
 1   Q.      -- or your husband?
 2   A.      No.
 3   Q.      Did you ever consider doing that, speaking to
 4           someone higher up the chain?
 5   A.      No.
 6   Q.      Had you ever had any contact at all with the school
 7           resource officer, the police officer --
 8   A.      No.
 9   Q.      -- either before or after?
10   A.      No.
11                   MR. CAVARELLO:  Okay, ma'am.  Those are all
12           the questions I have for you.  Thank you.
13                   THE WITNESS:  You're welcome.
14
15   EXAMINATION BY MS. APTER:
16
17   Q.      I just have some follow-up questions.
18   A.      Sure.
19   Q.      I'm Julie Apter.  I represent the Town of Lancaster.
20           Did ████████ have any type of jobs, like paper routes
21           or anything?
22   A.      He cut my mother's grass in the summer.
23   Q.      Okay.  Did she pay him?
```

63

```
 1    A.      Yes.
 2    Q.      Okay.  Was -- did the grass-cutting season start
 3            already right before May 6th?
 4    A.      No.  No.  He was going to start cutting it after.
 5    Q.      Did he cut grass for your mom like the year before?
 6    A.      That's when it started, the year before, yeah.
 7    Q.      Okay.  How about winter; did he ever shovel
 8            driveways for anyone?
 9    A.      No.  He was too busy.
10    Q.      Okay.  When he would cut grass for your mom do you
11            know how much your mom paid him?
12    A.      Twenty dollars.
13    Q.      Did he -- was he allowed to keep the money for
14            himself?
15    A.      Oh, absolutely.
16    Q.      Did he have a bank account?
17    A.      Yes, he did.
18    Q.      Okay.  When he died was there money in the bank
19            account?
20    A.      There was.
21    Q.      Do you know how much was in there?
22    A.      I believe it was two thousand.   I transferred it to
23            my daughter's account.
```

64

| | | |
|---|---|---|
| 1 | Q. | Did you or your husband have a life insurance policy |
| 2 | | on your son? |
| 3 | A. | No. |
| 4 | Q. | Did any type of insurance pay any of the funeral or |
| 5 | | burial expenses? |
| 6 | A. | Nothing. |
| 7 | Q. | I just want to -- when we were talking about his |
| 8 | | schooling you mentioned about the -- I believe the |
| 9 | | special ed instructors assigned to your son, and you |
| 10 | | indicated at William Street it changed every year. |
| 11 | | Was he at William Street more than two years? |
| 12 | A. | Yes.  Fourth, fifth and sixth. |
| 13 | Q. | And I said more than two years.  Other than fifth |
| 14 | | and sixth did he have to stay longer? |
| 15 | | MS. FAHEY:  She said fourth, fifth and |
| 16 | | sixth. |
| 17 | | MS. APTER:  Oh.  Fourth, fifth and sixth. |
| 18 | | I'm sorry. |
| 19 | | MS. FAHEY:  That's okay. |
| 20 | BY MS. APTER: | |
| 21 | Q. | Okay.  Was he ever held back in any grade? |
| 22 | A. | No. |
| 23 | Q. | Have the police ever been called to your house for |

```
 1          any issues with ████████?
 2    A.    No.
 3    Q.    And I understand you --
 4    A.    Oh, the police did come to my house over the -- that
 5          spring.  He was shooting his pucks, like I said, by
 6          the Christmas trees, and the neighbors thought he
 7          was stalking, casing their house, so a police
 8          officer came through our backyard and just said --
 9    Q.    When was this?
10    A.    Early March.
11    Q.    So the spring of 2016?
12    A.    Yeah.
13    Q.    Did anything come of that?
14    A.    No.  No.  It was just more he found -- the officer
15          found it funny.
16    Q.    Okay.  Did any other neighbors ever have any
17          complaints about ████████?
18    A.    No.
19    Q.    Did ████████ have any type of BB gun?
20    A.    Yes, he did.
21    Q.    Were there ever any complaints about him shooting BB
22          guns?
23    A.    Never used it, so no.
```

METSCHL & ASSOCIATES
Buffalo: 716-856-1906    Rochester: 585-697-0969

66

| | | |
|---|---|---|
| 1 | Q. | The incident around March when the police were |
| 2 | | called, did that have anything to do with the girls |
| 3 | | at school, that call in March? |
| 4 | A. | No.  It was a new neighbor that moved in.  They |
| 5 | | didn't know who ▓▓▓▓ was, so she thought it was -- |
| 6 | | he was very tall for his age and she thought it was |
| 7 | | a guy looking at her property, and he was just |
| 8 | | picking up his pucks and shooting some pucks, very |
| 9 | | innocent. |
| 10 | Q. | Okay.  Going back to the school resource officer, |
| 11 | | did you ever learn the name of the school resource |
| 12 | | officer? |
| 13 | A. | I didn't. |
| 14 | Q. | Did ▓▓▓▓ ever meet with a school resource officer |
| 15 | | at any time before May of 2016? |
| 16 | A. | Not that I'm aware of. |
| 17 | Q. | Was it your understanding that this incident in May |
| 18 | | was the one and only time a school resource officer |
| 19 | | was involved in a meeting? |
| 20 | A. | Yes. |
| 21 | Q. | I believe you testified that you were told the |
| 22 | | school resource officer was the one that deleted the |
| 23 | | pictures off the phone? |

67

```
1   A.    It was -- I wasn't told exactly.  It was either the
2         principal or him.  I don't know which one for sure
3         it was.
4   Q.    Okay.  Do you have any knowledge of any interaction
5         that the school resource officer had with ████████
6         during the meeting with the principal, other than
7         his presence?
8   A.    I don't know.
9   Q.    Okay.  Is it your claim that the school resource
10        officer harassed or threatened ███████ at all?
11  A.    I don't know, no.
12  Q.    So you really don't know, again, what happened,
13        correct?
14  A.    I was told -- the principal used we, we went through
15        his phone, we brought ████████ in.  I don't know what
16        part he played.
17  Q.    Okay.  Was a police report ever made involving the
18        pictures on the phone?
19  A.    I don't know.
20  Q.    Did anyone from Lancaster Police Department ever
21        contact your family at any time about the meeting at
22        the school?
23  A.    No.
```

| | | |
|---|---|---|
| 1 | Q. | Okay.  And had you ever seen any type of report that |
| 2 | | may have been prepared by the police department |
| 3 | | involving the May meeting at the school? |
| 4 | A. | No. |
| 5 | Q. | When school starts for the school year are there |
| 6 | | open houses that the parents can go to? |
| 7 | A. | Yes. |
| 8 | Q. | Do you know if you went to the open house for the |
| 9 | | 2015-2016 school year? |
| 10 | A. | I went to seventh grade -- yes -- no.  We went in |
| 11 | | for open house to bring Jordan's stuff in for his |
| 12 | | locker, get his picture taken, but we didn't go to |
| 13 | | the open house because we did it in seventh grade. |
| 14 | Q. | Does the school provide handbooks that they give to |
| 15 | | students and parents involving policies at the |
| 16 | | school? |
| 17 | A. | I believe so. |
| 18 | Q. | Do you know if you had the school policy or handbook |
| 19 | | for the 2015-2016 school year? |
| 20 | A. | I don't know. |
| 21 | Q. | To your knowledge was there a school policy |
| 22 | | involving students bringing cell phones into school? |
| 23 | A. | I don't know what the policy was.  I do know that |

69

```
1            ████████ was told to get a certain app for math on his
2       phone, so we did.  We got him the phone so he could
3       get this math app for school in seventh grade.
4    Q.  Did the school send home any type of permission slip
5       for students bringing phones into school?
6    A.  No.
7    Q.  Do you know who the math teacher was in seventh
8       grade who required the app on the phone?
9    A.  I could look it up.
10   Q.  I'm just asking if you know now.
11   A.  No.
12   Q.  Was this an app that could be downloaded to a
13       computer, to your knowledge?
14   A.  I don't know.
15   Q.  Had you ever seen this math app on your son's phone?
16   A.  No.
17   Q.  Did ████████ know how to download apps, to your
18       knowledge?
19   A.  Yes.
20   Q.  And did you ever see him using the phone for math
21       when he was in seventh grade?
22   A.  No.  He did all his work at school, and then
23       whatever he didn't do in the classroom he did in
```

| | | |
|---|---|---|
| 1 | | Miss Baker's room, so he never really brought |
| 2 | | ~~anything home to do~~. |
| 3 | Q. | Okay.  I'm sorry.  You already testified who was |
| 4 | | ████████ pediatrician. |
| 5 | A. | Yes. |
| 6 | Q. | Dr. -- |
| 7 | A. | Dr. Dzik, D-Z-I-K.  There's a mister and missus.  He |
| 8 | | had the mister. |
| 9 | Q. | What was the name of the practice? |
| 10 | A. | Genesee Transit Pediatrics. |
| 11 | Q. | Okay.  Other than treating -- I mean seeing his |
| 12 | | pediatrician for routine visits was he under the |
| 13 | | care of any other physician for any other |
| 14 | | conditions? |
| 15 | A. | Well, he had been to Children's to the cardiac unit |
| 16 | | for an incident.  He almost passed out at school, |
| 17 | | and the nurse called me, so we took him in for an |
| 18 | | evaluation, but that was it. |
| 19 | Q. | When was that? |
| 20 | A. | February or March. |
| 21 | Q. | Of 2016? |
| 22 | A. | This year, yeah. |
| 23 | Q. | And you said he passed out at school? |

71

```
1   A.   He almost passed out.  It was due to lack of sodium.
2   Q.   Did he have any other health issues, to your
3        knowledge?
4   A.   No.
5   Q.   You said it was due to lack of sodium?
6   A.   Yeah.  He was working out, drinking a lot of water,
7        but he wasn't putting enough sodium back into his
8        body, so that would cause him to feel lightheaded.
9   Q.   At the time of his death did you know his height and
10       weight?
11  A.   Yeah, 'cause we keep it on the door and I just
12       measured him.  He was five eleven and his weight
13       roughly about a hundred forty-five pounds.
14  Q.   Was ████ trying to lose weight around that period
15       of time?
16  A.   No.  No.  He's actually been trying to gain.  He was
17       just doing a lot with hockey and exercise.
18  Q.   Okay.  Was he doing well on the hockey team?
19  A.   Yeah.  He loved it.
20            MS. APTER:  I think that's all I have.
21       Thank you.
22            MR. CAVARELLO:  I'm all set.
23            MS. APTER:  I'm sorry.  Did you -- I know I
```

72

1    asked about the school resource officer, but had you

2    ever discussed the incident in school with anyone

3    else at the Town of Lancaster, any type of official,

4    supervisor?

5            THE WITNESS:  Did I go in and talk with

6    somebody?

7            MS. APTER:  Or have you talked to anyone

8    from the Town of Lancaster about this?

9            THE WITNESS:  Just at the scene, the day of.

10           MS. APTER:  Okay.  All right.  That's all.

11   Thank you.

12           THE WITNESS:  Okay.

13           *   *   *   11:49 a.m.  *   *   *

14

15

16

17

18

19

20

21

22

23

METSCHL & ASSOCIATES
Buffalo: 716-856-1906    Rochester: 585-697-0969